AO450 - Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF SOUTH CAROLINA
### GREENVILLE DIVISION

Jeffery S. Raiford

**JUDGMENT IN A CIVIL CASE**

vs.

Case Number: 6:09-287-HFF-BHH

Greenville County Animal Shelter

**[X]**     **Decision on the Record.** This action came before the court on the record. The issues have been reviewed and a decision rendered.

**IT IS ORDERED AND ADJUDGED** that this case be DISMISSED without prejudice and without issuance and service of process.

LARRY W. PROPES, Clerk

By: s/Angela Lewis
Deputy Clerk

March 3, 2009